UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

                                                                            CASE NO.    18-12899-RAM
                                                                            Chapter     13

Daissys M Estrada
        Debtor
_____/

## MOTION TO REINSTATE CASE

    COMES NOW, the Debtor by and through the undersigned counsel and moves this Honorable Court to *Reinstate the instant case*, and as grounds therefore states:

1. On March 13, 2018, the Debtor filed a Chapter 13 Petition.

2. On July 31, 2018, the Chapter 13 case was dismissed.

3. The case was dismissed upon Denial of Confirmation of Plan and pursuant to the Trustee's Notice of Deficiency and for failure to provide documents.  The Debtor has filed a 100% plan.

4. The Debtor is current under the latest filed plan.

    WHEREFORE, for the above stated reasons, Debtor respectfully requests this Honorable Court to Reinstate the Chapter 13 Case.

    I CERTIFY, that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE  9013-1(E)

Counsel for Debtor certify that he is holding sufficient funds required to be paid under the plan and said funds are in the attorney's trust accent or being held in the form of a cashier's check.

### CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I CERTIFY that a true and correct copy of the foregoing has been provided by ECF to all registered users of CM/ECF and/or U.S. Mail to all creditors on the below service list on this 1st day of August, 2018.

                                              James Alan Poe, P.A.
                                              Attorney for Debtor
                                              9500 S. Dadeland Blvd., Suite 510
                                              Miami, FL 33156   (305)670-3950
                                              By: /s/James A. Poe, Esq.
                                              James A. Poe, Esq., F.B.N. 107956

Service List

Bayview Loan Servicing, LLC Clarfield, Okon, Salomone & Pincus P.L.c/o ReShaundra M Suggs500 South Australian Ave., Suite 730West Palm Beach, FL 33401-6237
Ashley Funding Services, LLC its successors assigns as assignee of SyndicatedOffice Systems, Inc.Resurgent Capital ServicesPO Box 10587Greenville, SC 29603-0587
Aspen Coll Pob 10689Brooksville, FL 34603-0689
At&T Universal Citi Card Po Box 6500Sioux Falls, SD 57117-6500
Bank Of America Nc4-105-03-14Po Box 26012Greensboro, NC 27420-6012
Barclays Bank Delaware Po Box 8801Wilmington, DE 19899-8801
Central Financial Control Po Box 66044Anaheim, CA 92816-6044
Chase Crad Services Po Box 15298Wilmington, DE 19850-5298
Chase Mortgage 3415 Vision DrColumbus, OH 43219-6009
Citi/cbna 701 E 60th St NSioux Falls, SD 57104-0493
Citibank / Sears Citicorp Credit Services/Attn: CentralizPo Box 790040Saint Louis, MO 63179-0040
Citibank/Best Buy Centralized Bankruptcy/CitiCorp Credit SPo Box 790040St Louis, MO 63179-0040
Citibank/Citgo Oil Citicorp Credit Services/Attn:CentralizePo Box 790040St Louis, MO 63179-0040
Citimortgage Inc Attn: BankruptcyPo Box 6423Sioux Falls, SD 57117
Comenity Bank/Medchoice Po Box 182125Columbus, OH 43218-2125
Comenitycapital/gmstop Po Box 182125Columbus, OH 43218-2125
DELL FINANCIAL SERVICESP O BOX 81577AUSTIN TX 78708-1577preferred
Elan Fin Svc Po Box 108Saint Louis, MO 63166-0108
Fia Cs Po Box 982238El Paso, TX 79998-2238
FORD MOTOR CREDIT COMPANYP O BOX 62180COLORADO SPRINGS CO 80962-2180preferred
Frank Perez-Siam, Esq 7001 SW 87th CourtMiami, FL 33173-2509
IRS Special ProceduresPOB 7346Philadelphia, PA 19101-7346
LVNV Funding, LLC its successors and assignsassignee of Citibank, N.A.Resurgent Capital ServicesPO Box 10587Greenville, SC 29603-0587
M&T BANKLEGAL DOCUMENT PROCESSING1100 WHERLE DRIVEWILLIAMSVILLE NY 14221-7748preferred
M&T BANKLEGAL DOCUMENT PROCESSING1100 WHERLE DRIVEWILLIAMSVILLE NY 14221-7748preferred duplicate
Marquis Mc Po Box 94498Las Vegas, NV 89193-4498
Memorial Hospital P.O. Box 58015Raleigh, NC 27658-8015
Nissan Motor Acceptance Corp/Infinity Lt Nmac/Attn: BankruptcyPo Box 660360Dallas, TX 75266-0360
Office of the US Trustee 51 S.W. 1st Ave.Suite 1204Miami, FL 33130-1614
PORTFOLIO RECOVERY ASSOCIATES LLCPO BOX 41067NORFOLK VA 23541-1067preferred
RCI Card Services P.O. Box 13337Philadelphia, PA 19101-3337
Robert Flavell, Esq 1400 NW 77th CourtSuite 101Hialeah, FL 33016
SYNCB/Chevron Texaco Attn: BankruptcyPo Box 103104Roswell, GA 30076-9104
Syncb/Rooms To Go Attn: BankruptcyPo Box 103104Roswell, GA 30076-9104
Syncb/brandsmart C/o Po Box 965036Orlando, FL 32896-0001
Synchrony Bank / HH Gregg Attention:  BankruptcyPo Box 103104Roswell, GA 30076-9104
Synchrony Bank/ JC Penneys Attn: BankruptyPo Box 103104Roswell, GA 30076-9104
Synchrony Bank/Baers Furniture Attention: BankruptcyPo Box 103104Roswell, GA 30076-9104
Synchrony Bank/Chevron Attn: BankruptcyPo Box 103104Roswell, GA 30076-9104
Synchrony Bank/Gap Attn: BankruptyPo Box 103104Roswell, GA 30076-9104
Synchrony Bank/PayPal Cr Attn: BankruptcyPo Box 103104Roswell, GA 30076-9104
TD Bank USA, N.A. C O WEINSTEIN & RILEY, PS2001 WESTERN AVENUE, STE 400SEATTLE, WA 98121-3132
Target C/O Financial & Retail ServicesMailstop BT PO Box 9475Minneapolis, MN 55440-9475
Visa Dept Store National Bank Attn: BankruptcyPo Box 8053Mason, OH 45040-8053
Daissys M Estrada 7931 NW 168 TerrHialeah, FL 33016-3427
Nancy K. Neidich www.ch13herkert.comPOB 279806Miramar, FL 33027-9806